# Court of Appeals
# of the State of Georgia

ATLANTA, July 13, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2385. THELMA BROWN v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This dispossessory matter originated in magistrate court. Following an adverse ruling, Thelma Brown filed a petition for review in superior court. The superior court issued a writ of possession, and Brown filed this direct appeal. We, however, lack jurisdiction.

Appeals from decisions of superior courts reviewing decisions of lower courts by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Brown seeks to appeal a superior court decision reviewing a decision of the magistrate court, she was required to file an application for discretionary review. Her failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/13/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*